JAN - 3 2022

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA**

**V**  **20-cr-40026**

**ANTHONY TONY GAY**

**MOTION TO RECONSIDER MOTION TO COMPEL DISCOVERY (DOC137)**

Now comes defendant, Anthony Tony Gay, filing this motion to reconsider motion to compel discovery (doc 137) and state as follows:

No federal rule or statute allows a motion to reconsider in a criminal case, but reconsideration motions are accepted as common law-practice. See, e.g., United States v. Healy, 376 U.S. 75, 79 - 80, 84 S. Ct, 553, 11 L.Ed. 2d 527 (1964).

(1) Between 5-31-20 and 6-13-20, the defendant made approximately 30 phone calls while in Rock Island County Jail (see exhibit A# call log).

(2) On 6-16-20, detective Whitcomb received a link from the Rock Island County jail to download the recorded conversations of the defendant (see bates 000276).

(3) The calls were recorded calls of the defendant from 5-31-20 til 6-13-20 (see bates 000276).

(4) Between 5-31-20 til 6-13-20 defendant made 30 phone calls (see exhibit A# call log).

(5) Detective Whitcomb only turned over 7 calls (see note from Brandon Knight dated 12-30-20 titled Recorded Jail Calls, exhibit B#)

(6) This court denied the defendant's motion to compel, indicating that this issue was moot because the government indicated that the government turned over the calls (which is misleading because the government didn't turn over all the calls).

(7) This court's ruling was made on misapprehension of the facts (the government misled the court to believe all the calls were turned over).

(8) The missing calls are vital to the administration of justice because the hotel manager, via phone call, gave the defendant two weeks to remove his property from the hotel room (see declaration of defendant). And although the defendant's hotel period was set to expire June 1, 2020 or June 2, 2020, the hotel owner gave the defendant a two week

extension, but the exact date this occurred is unknown because the government refuses to turn over the calls that are necessary to establish this point (see declaration of defendant). The date of this call makes an extraordinary difference. For example, if the hotel owner gave the defendant an extension on June 5th 2020, two weeks later, it would have been June 19th 2020. If it was done on June 7th 2020, two weeks later, it would have been June 21, 2020. The extension of time gave the defendant a privacy interest in his hotel room. See e.g., United States v Kitchen, 114 F.3d 29, 31 (4th cir 1997) (A guest may still have a legitimate expectation of privacy even after his rental period has terminated, if there is a pattern or practice which would make the expectation reasonable):United States v Owens, 782 F.2d 146, 150 (10th cir 1986) ( guest who had previously remained in his motel room past check-out time without consequence maintained reasonable expectation of privacy in that room). The argument in this case is even stronger. The hotel owner gave the defendant two weeks after check out time to retrieve his property from his hotel room. Guest in a hotel room are someone with a reasonable expectation of privacy. See e.g., Minnesota v. Olson, 495 U.S. 91, 99 (1990); Katz v United States, 389 U.S. 347, 359 (1967) ( listing a "hotel room" as a place where a person is entitled to be "free from unreasonable searches and seizures"); Stoner v California, 376 U.S. 483, 490 (1964) ( "A in a hotel room is entitled to constitutional protection against unreasonable searches and seizures."); United States v Jeffers, 342 U.S. 48, 51-52 (1951) (extending Fourth Amendment protection to hotel rooms).

If the government refuses to turn over the calls or the calls have been destroyed this is a Brady violation. See Brady v. Maryland, 373 U.S. 83 (1963).

To win a Brady claim, a defendant "bears the burden of proving that the evidence is (1) favorable. (2) Suppressed, and (3) material to the defense." United States v Walker, 746 F.3d 300, 306 (7thcir 2014). Evidence is material under Brady "if there is a reasonable probability that had it been disclosed to the defense, the result of the proceeding would have been different." Kyles v Whitley, 514 U.S. 419, 433-34 (1995)

For the foregoing reasons, the defendant request this court to reconsider its ruling on December 29, 2020 and compel the government to turn over the 23 missing calls.

**RESPECTFULLY SUBMITTED**
**ANTHONY TONY GAY**
**1228-14TH STREET**
**ROCK ISLAND, IL 61201**

**CERTIFICATE OF SERVICE**
This certifies that I sent the above instrument to the clerk of court via mail on 12-31-2 \

**RESPECTFULLY SUBMITTED**
**ANTHONY TONY GAY**
**1228-14TH STREET**
**ROCK ISLAND, IL 61201**

| Dialed# | Dest Zone | Start Time | End Time | Dur.(s) | First Name | Last Nam | Call Type | Call Status | Term Cat. |
|---|---|---|---|---|---|---|---|---|---|
| 3093171328 | Local | 05/31/2020 01:54:15 | 05/31/2020 01:56:40 | 145 | ANTHONY | GAY | Free Call | complete | Caller Hang up |
| 3093171328 | Local | 05/31/2020 09:09:06 | 05/31/2020 09:11:53 | 167 | ANTHONY | GAY | Free Call | complete | Caller Hang up |
| 3093171328 | Local | 06/01/2020 11:05:41 | 06/01/2020 11:09:58 | 257 | ANTHONY | GAY | AdvanceConnect | complete | Caller Hang up |
| 3093171328 | Local | 06/01/2020 16:34:46 | 06/01/2020 16:49:24 | 878 | ANTHONY | GAY | AdvanceConnect | complete | Called party hangup |
| 3093171328 | Local | 06/02/2020 14:49:21 | 06/02/2020 14:59:21 | 600 | ANTHONY | GAY | AdvanceConnect | complete | Called party hangup |
| 3093171328 | Local | 06/02/2020 16:19:57 | 06/02/2020 16:23:29 | 212 | ANTHONY | GAY | AdvanceConnect | complete | Caller Hang up |
| 3122538590 | Interlata/Intrastate | 06/02/2020 16:31:05 | 06/02/2020 16:33:53 | 168 | ANTHONY | GAY | AdvanceConnect | complete | Called party hangup |
| 3093171328 | Local | 06/05/2020 18:21:06 | 06/05/2020 18:21:07 | 1 | ANTHONY | GAY | Voice Mail | complete | Caller Hang up |
| 3093171328 | Local | 06/05/2020 18:23:00 | 06/05/2020 18:38:57 | 957 | ANTHONY | GAY | AdvanceConnect | complete | Called party hangup |
| 7734206426 | Interlata/Intrastate | 06/07/2020 20:00:58 | 06/07/2020 20:10:37 | 579 | ANTHONY | GAY | AdvanceConnect | complete | Caller Hang up |
| 3093171328 | Local | 06/07/2020 20:16:01 | 06/07/2020 20:28:12 | 731 | ANTHONY | GAY | AdvanceConnect | complete | Caller Hang up |
| 3092065571 | Local | 06/07/2020 20:32:33 | 06/07/2020 20:45:50 | 797 | ANTHONY | GAY | AdvanceConnect | complete | Caller Hang up |
| 3093171328 | Local | 06/09/2020 19:35:16 | 06/09/2020 19:48:21 | 785 | ANTHONY | GAY | AdvanceConnect | complete | Caller Hang up |
| 3092065571 | Local | 06/10/2020 15:23:43 | 06/10/2020 15:30:37 | 414 | ANTHONY | GAY | AdvanceConnect | complete | Called party hangup |
| 3093171328 | Local | 06/10/2020 17:05:31 | 06/10/2020 17:13:21 | 470 | ANTHONY | GAY | AdvanceConnect | complete | Called party hangup |
| 3093171328 | Local | 06/12/2020 17:02:32 | 06/12/2020 17:14:00 | 688 | ANTHONY | GAY | AdvanceConnect | complete | Caller Hang up |
| 3093174848 | Local | 06/12/2020 17:26:43 | 06/12/2020 17:26:54 | 11 | ANTHONY | GAY | Voice Mail | complete | Caller Hang up |
| 3093174848 | Local | 06/12/2020 17:28:35 | 06/12/2020 17:28:41 | 6 | ANTHONY | GAY | Voice Mail | complete | Caller Hang up |
| 3194006605 | Interlata/Interstate | 06/12/2020 17:36:19 | 06/12/2020 17:51:26 | 907 | ANTHONY | GAY | AdvanceConnect | complete | Called party hangup |
| 3093171328 | Local | 06/12/2020 17:59:47 | 06/12/2020 18:00:41 | 54 | ANTHONY | GAY | AdvanceConnect | complete | Called party hangup |
| 3123074444 | Interlata/Interstate | 06/12/2020 20:09:26 | 06/12/2020 20:09:32 | 6 | ANTHONY | GAY | AdvanceConnect | complete | Called party hangup |
| 2029974444 | Interlata/Interstate | 06/12/2020 20:11:59 | 06/12/2020 20:12:04 | 5 | ANTHONY | GAY | AdvanceConnect | complete | Caller Hang up |
| 4029174444 | Interlata/Interstate | 06/12/2020 20:15:17 | 06/12/2020 20:15:22 | 5 | ANTHONY | GAY | AdvanceConnect | complete | Call Ended |
| 5632654392 | Local | 06/12/2020 19:54:53 | 06/12/2020 19:59:16 | 263 | ANTHONY | GAY | AdvanceConnect | complete | Call Ended |
| 2244431328 | Interlata/Intrastate | 06/12/2020 20:02:25 | 06/12/2020 20:02:28 | 3 | ANTHONY | GAY | Voice Mail | complete | Call Ended |
| 2244430504 | Interlata/Intrastate | 06/12/2020 20:06:25 | 06/12/2020 20:06:28 | 3 | ANTHONY | GAY | Voice Mail | complete | Call Ended |
| 3093171328 | Local | 06/13/2020 11:12:43 | 06/13/2020 11:17:10 | 267 | ANTHONY | GAY | Free Call | complete | Caller Hang up |
| 3093171328 | Local | 06/13/2020 11:22:54 | 06/13/2020 11:26:25 | 211 | ANTHONY | GAY | Free Call | complete | Called party hangup |
| 5632006310 | Local | 06/17/2020 20:55:56 | 06/17/2020 20:55:59 | 3 | ANTHONY | GAY | Voice Mail | complete | Call Ended |
| 7736157978 | Interlata/Interstate | 06/17/2020 20:58:52 | 06/17/2020 20:58:55 | 3 | ANTHONY | GAY | Voice Mail | complete | Call Ended |
| 3093171324 | Local | 06/17/2020 21:02:59 | 06/17/2020 21:03:01 | 2 | ANTHONY | GAY | Voice Mail | complete | Call Ended |
| 4029170342 | Interlata/Interstate | 06/18/2020 15:14:13 | 06/18/2020 15:19:17 | 304 | ANTHONY | GAY | AdvanceConnect | complete | Called party hangup |
| 3093171328 | Local | 06/18/2020 15:23:26 | 06/18/2020 15:27:51 | 265 | ANTHONY | GAY | AdvanceConnect | complete | Caller Hang up |
| 3093171328 | Local | 06/18/2020 16:09:04 | 06/18/2020 16:13:26 | 262 | ANTHONY | GAY | AdvanceConnect | complete | Caller Hang up |
| 7736157978 | Interlata/Intrastate | 06/18/2020 18:05:23 | 06/18/2020 18:05:25 | 2 | ANTHONY | GAY | Voice Mail | complete | Call Ended |
| 5632006310 | Local | 06/18/2020 18:08:09 | 06/18/2020 18:08:10 | 1 | ANTHONY | GAY | Voice Mail | complete | Call Ended |
| 3093171329 | Local | 06/18/2020 18:20:28 | 06/18/2020 18:20:30 | 2 | ANTHONY | GAY | Voice Mail | complete | Call Ended |

EXHIBIT A#
| Number | Type | Start | End | Duration | First | Last | Service | Status | Hangup |
|---|---|---|---|---|---|---|---|---|---|
| 7854098219 | Interlata/Interstate | 06/24/2020 15:01:36 | 06/24/2020 15:03:25 | 109 | ANTHONY | GAY | AdvanceConnect | complete | Called party hangup |
| 7854098219 | Interlata/Interstate | 06/24/2020 15:04:47 | 06/24/2020 15:15:20 | 633 | ANTHONY | GAY | AdvanceConnect | complete | Caller Hang up |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**

**V**                                                                                   20-cr-40026

**ANTHONY TONY GAY**

**DECLARATION OF ANTHONY TONY GAY**

I, Anthony Tony Gay, being duly sworn and under oath, state that I have personal knowledge of the facts below and if called as a witness, would state the following:

(1) On May 23, 2021, officer Scott Gable robbed me for 1,537.00, my cellular phones and hotel key. This prevented me from paying my hotel bill or being able to have my property removed from the hotel upon my hotel time expiring.

(2) My hotel time expired June 1, 2020 or June 2, 2020. However, the hotel owner gave me two weeks after my hotel time expired to remove my property from the hotel room. I don't know the exact date that he gave me the hotel extension, but if all my recorded calls from Rock Island County jail, between 5-31-20 til 6-13-20, are turned over, I can verify the exact date.

I declare under penalty of perjury that the foregoing is true and correct.

**ANTHONY TONY GAY**

12-31-21
**DATE**

To: Clerk of Court
Date: 12-31-21

From: Anthony Gay

Please note that I forgot to attach Exhibit B#. And bates no 000276. Will supplement later.

/s/

QUAD CITIES IL 612
31 DEC 2021 A 2 L

US District Court
100 NE Monroe St
Peoria IL 61602

From: Anthony Gano